

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Michael K. O'Leary*
Assistant United States Attorney

970 Broad Street, Suite 700
Newark, NJ 07102
michael.o'leary@usdoj.gov

main: (973) 645-2700
direct: (973) 353-6086

March 6, 2026

**BY ECF**
Hon. Evelyn Padin, U.S.D.J.
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, NJ 07102

      Re:   *Loor Soliz v. Soto, et al.*, No. 26-00420
            Adjournment Request

Dear Judge Padin:

      This Office represents Respondents in the above-referenced habeas matter. We write to respectfully request a one-cycle adjournment of Petitioner's Motion for Reconsideration (the "Motion"). ECF No. 10. The Motion is currently returnable on April 6, 2026. If the Court grants this request, the Motion would be returnable on April 20, 2026, and Respondents' submission would be due on April 6, 2026. This is Respondents first request for an adjournment. Petitioner objects to this adjournment request.

      We respectfully submit that good cause exists for this adjournment request. As the Court is aware, this Office is facing an unprecedented volume of emergent immigration habeas petitions. The requested adjournment will allow us to continue to prioritize cases where petitioners have not yet received bond hearings, while still providing the Court and the parties with the benefit of a complete response to the Motion.

      If this proposal is acceptable to the Court, we respectfully request that Your Honor so-order this letter and have the Clerk's Office file it on the docket. Thank you very much for your consideration of this request.

Respectfully submitted,

TODD BLANCHE
U.S. Deputy Attorney General

SO ORDERED

    s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date: 3/9/2026

                                          JORDAN FOX
                                          Chief of Staff &
                                          Associate Deputy Attorney General
                                          Special Attorney

                              By:   */s/ Michael K. O'Leary*
                                          MICHAEL K. O'LEARY
                                          Assistant United States Attorney
                                          *Attorneys for Respondents*

Encl.
cc:     Counsel of record (by ECF)